S. C. Fleming, Plaintiff in Error, v. Eliasberg Bros. Company, a corporation, and A. Leffler Company, a corporation, Defendants in Error.

### In Banc.

Writ of error to Circuit Court, Leon county; John W. Malone, Judge.

George B. Perkins and W. C. Hodges for plaintiff in error.

No appearance for defendants in error.

This action was brought by the defendants in error against the plaintiff in error. There was judgment for the plaintiffs, and the defendant takes writ of error. Writ of error dismissed by the clerk, on præcipe of counsel for the plaintiff in error, under Rule 24.